# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 12-30020

10-CV-1756 (2)

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED AUG - 7 2012

LORETTA G. WHYTE
CLERK

FALLON W. JOHNSON, also known as Fallon Walter,

    Plaintiff - Appellant

v.

SPRINT NEXTEL CORPORATION; SPRINT UNITED MANAGEMENT COMPANY,

    Defendants - Appellees

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of 2nd day of August, 2012, for want of prosecution. The appellant failed to timely file appellant's brief and record excerpts.

                      LYLE W. CAYCE
                      Clerk of the United States Court
                      of Appeals for the Fifth Circuit

                      *Sabrina B. Short*
                      By: _____
                      Sabrina B. Short, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _Sabrina B. Short_
      Deputy
New Orleans, Louisiana  AUG 0 2 2012